FILED

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

2021 MAY 28  PM 12: 31

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Shantele Reneé Bennett
P.O. Box 678165
Orlanda Fl 32867

*(Write the full name of each Plaintiff
filing this complaint. If there is
insufficient space to list the names of
all Plaintiffs, please write "see
attached" in the space above and
attach an additional page with a full
list of names.)*

**Case No.:** 5:21-cv-296-TJC-PRL
*(To be filled in by the Clerk's Office)*

v.

Steven Brown, John Mina
Erre Smith, James Young, See attached

*(Write the full name of each Defendant
who is being sued in this complaint. If
there is insufficient space to list the
names of all Defendants, please write
"see attached" in the space above and
attach an additional page with a full
list of names.)*

**Jury Trial Requested?**
☑ **YES**  ☐ **NO**

_____/

Defendants

Robert Anzeuto

Jeff Ashton

Buddy Dyer

Orlando Rolon

Jerry Demings

Elon Musk

Orlando Medical Regional Center

Orlando Police Department

Orange County Sheriffs Office

Jim Gray

Robert Stuart

Regina Hill

Patty Sheehan

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

    1. Plaintiff's Name: Shantele Renee Bennett

    Address: P.O. Box 678165

        Orlando, Fl  32867  (publish address)

    City, State, and Zip Code: Orlando, Fl  32867

    Telephone: _____ *(Home)* _____ *(Cell)*

    2. Plaintiff's Name: _____

    Address: 3290 N.E 163 Pl

        Citra, Fl  32113  (non publish address)

    City, State, and Zip Code: _____

    Telephone: _____ *(Home)* _____ *(Cell)*

    *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)      ☑ State/Local Officials (*§ 1983 case*)

## III.  STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief.  Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim.  Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law.  Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident.  *Do not make legal argument, quote cases, cite to statutes, or reference a memorandum*.  You may make copies of the following page if necessary to supply all of the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

(1) Steven Brawn ect under U.S. Code $1234c Cease and desist hereby oders to stop use and access to the Brain Computer Interface that can alter or modify human behavior to persons without a medical degree and bor active medical license to practice. The EEG

1. Defendant's Name: John Mina

   Official Position: Orange County Sheriff

   Employed at: FL Orange County Sheriff Office

   Mailing Address: 2500 W. Colonial Dr.

   Orlando, Fl 32804

   ☑ Sued in Individual Capacity        ☑ Sued in Official Capacity

2. Defendant's Name: Jeff Ashton

   Official Position: Orange County Ninth Circuit Judge

   Employed at: Orange County Courthouse Florida

   Mailing Address: 425 N. Orange Ave.

   Orlando, Fl 32801

   ☑ Sued in Individual Capacity        ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.    BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

1. Defendant's Name: Buddy Dyer

Official Position: Orlando City Mayor

Employed at: The City of Orlando

Mailing Address: 400 S. Orange Ave.

Orlando, Fl 32801

☒ Sued in Individual Capacity    ☒ Sued in Official Capacity

2. Defendant's Name: Orlando Rolon

Official Position: City of Orlando Police Chief

Employed at: Orlando Police Department

Mailing Address: 1250 W. South St

Orlando, Fl 32805

☐ Sued in Individual Capacity    ☑ Sued in Official Capacity TBD

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.    BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

1. Defendant's Name: _Eric Smith_

   Official Position: _Deputy Chief of Orlando Police Dept_

   Employed at: _Orlando Police Dept._

   Mailing Address: _1250 W. South St._
   _Orlando, Fl 32805_

   ☐ Sued in Individual Capacity    ☑ Sued in Official Capacity

2. Defendant's Name: _James Young_

   Official Position: _Deputy Chief of Orlando Police Dept_

   Employed at: _The Orlando Police Dept._

   Mailing Address: _1250 W. South St._
   _Orlando, Fl 32805_

   ☐ Sued in Individual Capacity    ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.    BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

3

1. Defendant's Name: _Jerry Demings_

   Official Position: _Orange County Mayor_

   Employed at: _The County Government of Orange County_

   Mailing Address: _201 S Rosland Ave, Orlando, Fl 32801_

   ☐ Sued in Individual Capacity       ☑ Sued in Official Capacity

2. Defendant's Name: _Robert Anzevito_

   Official Position: _Fl Orange County Major_

   Employed at: _Orange County Sheriff Office_

   Mailing Address: _W. Colonial Dr_
   _Orlando, Fl 32804_

   ☑ Sued in Individual Capacity       ~~☐ Sued in Official Capacity~~

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

1. Defendant's Name: _Steven Braun_

   Official Position: _E.R. Doctor_

   Employed at: _Orlando Regional Medical Hospital_

   Mailing Address: _52 W Underwood st, Orlando, Fl_
   _32806_

   ☑ Sued in Individual Capacity        ☐ Sued in Official Capacity

2. Defendant's Name: _Elon Musk_

   Official Position: _Entrepreneur_

   Employed at: _Neuralink_

   Mailing Address: _Fremont, CA. 7400 Paseo Padrer Pkwy_
   _Fremont, CA. 94538_

   ☐ Sued in Individual Capacity        ☑ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.    BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

5

1. Defendant's Name: _Steven Brown_

Official Position: _Emergency Room Doctor_

Employed at: _Orlando Health_

Mailing Address: _52 W. Underwood St_

_Orlando, Fl 32806_

☑ Sued in Individual Capacity     ☐ Sued in Official Capacity

2. Defendant's Name: _Orlando Medical Regional Center_

Official Position: _____

Employed at: _____

Mailing Address: _52 W Underwood St_

_Orlando, Fl 32806_

☐ Sued in Individual Capacity     ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by*

*attaching additional pages, as needed.)*

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the
"deprivation of any rights, privileges, or immunities secured by the
Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents
of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal
officials for the violation of certain Constitutional rights.

1. Defendant's Name: Orlando Police Department

   Official Position: _____

   Employed at: _____

   Mailing Address: 1250 W. South St.

   Orlando, Fl 32805

   ☐ Sued in Individual Capacity        ☑ Sued in Official Capacity

2. Defendant's Name: Orange County Clerk of Courts Sheriffs Office

   Official Position: _____

   Employed at: _____

   Mailing Address: 425 N. Orange Ave 2500 W. Colonial Dr

   Orlando, Fl 32804

   ☐ Sued in Individual Capacity        ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

7

1. Defendant's Name: _Jim   Gray_

Official Position: _Orlando City Council Member_

Employed at: _The City of Orlando_

Mailing Address: _400  S. Orange Ave._

_Orlando, Fl 32801_

☐ Sued in Individual Capacity      ☑ Sued in Official Capacity

2. Defendant's Name: _Robert   Stuart_

Official Position: _Orlando City Council Member_

Employed at: _400 S. Orange Ave City of Orlando_

Mailing Address: _400 S. Orange Ave_

_Orlando, Fl 32801_

☐ Sued in Individual Capacity      ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

1. Defendant's Name: _Regina        Hill_

   Official Position: _Orlando City Council Member_

   Employed at: _The City of Orlando_

   Mailing Address: _400 S. Orange Ave_

   _Orlando, Fl 32801_

   ☐ Sued in Individual Capacity        ☑ Sued in Official Capacity

2. Defendant's Name: _Patty        Sheehan_

   Official Position: _Orlando City Council Member_

   Employed at: _The City of Orlando._

   Mailing Address: _400 S. Orange Ave._

   _Orlando, Fl 32801_

   ☐ Sued in Individual Capacity        ☑ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

9

**Factual Allegations, Continued** *(Page __1__ of 5's)*

measures electrical activity in the brain (brain) waves). The Computer interface reads brain signals from human thoughts, alter handwriting and translate the thoughts into on screen text. The side effects in the procedure requires monitoring by a license physician The reading of thoughts can be done without Surgery (Crainiotomy). Article 17 of the International Covenant Civil and Political Rights (ICCPR) protects everyone from arbitrary or unlawful interferences with their "privacy, family, home or correspondence."

(2) Steven Brown - cease and desist craiotomy procedure on patients without patients knowledge or consent.

(3) John Mina - cease and desist selection and referal of vulnerable humans for a not discuss science experiment.

(4) Eric Smith - cease and desist use of Brain (continued)

**Factual Allegations, Continued** *(Page 2 of 5's )*

Computer Interface without medical license for private profit to consulting business from polititians.

(5) James Young - cease and desist use of Brain Interface for private profit and illegal persacution in a criminal case.

(6) Robert Anzeuto - cease and desist the use of the Brain Computer Interface without medical license to faste false Persacution, sexual misconduct and personal profit for business.

(7) Jeff Ashton as Intelligence Judge cease and desist Brain Computer Interface and all devices that Computing devices that can manipulate a person or situation cleverly, unfairly and unscrupulously. Government approval for the use wasn't approved until late "2020" and you have been listed as an intelligence prior.

(8) Buddy Dyer cease and desist the use of the Brain Ia Computer Interface without a license.

Factual Allegations, Continued *(Page 3 of 5's)*

(9) Orlando Rolon cease and desist the use of Brain Computer Interface in the capacity of self use and directive to employees without a medical degres' and license.

(10) Jerry Demings - cease and desist the use personaly and as a directive to the employees of the Orange County Sheriff Office and Government Office for personal party interest against rival political party.

(11) Elon Musk and Newalink cease and decist distribution of Brain Computer Interface to non license medical providers or facilities

(12) Orlando Medical Reginal Center cease and decist Crainiotomy precedures to patients of it's mental facility without permission from a gaurdian to exclude a state or agency employee acting as gaurdian

(13) Orlando Police Department cease and desist the use of The Brain Computer Interface for it creates reasonable doubts and will allow

Continued

Factual Allegations, Continued *(Page 4 of 5's)*

criminals to evade persecution on a technicality of ~~health issues~~ implementation of ~~t~~ undetermine, unauthorize, unmonitored and not government approved practice by a non medical license and degree professional.

(14) Orange County Sheriffs office cease and desist the use of The Brain Computer Interfac for it creates reasonable doubts and will allow criminals to evade persecution on a technicality of implementation of undetermine, unauthorize, unmonitored and not government approved practice by a non medical license and degree professional.

(15) Jim Group - cease and desist use of Brain Computer Interface for the enhancement of personal development in work skills and seek Courses at a community college or university

(16) Robert Stuart cease and desist use of The Brain Computer Interface for the enhancement

Continued

Factual Allegations, Continued *(Page 5 of 53)*

of personal development in work skills and seek Courses at a community college or University.

(17) Regina Hill cease and desist use of The Brain Computer Interface for the enhancement of personal development in work skills and seek courses at a community college or university.

(18) Patty Sheehan cease and desist use of The Brain Computer Interface for the enhancement of personal development in work skills and seek courses at a community college or university.

1604.6
Page 21

**ATTACHMENT A**
**CITIZEN'S COMPLAINT FORM (CONTINUED)**

Congress has yet to cite direct verbiage

to the advancement in technology.

However, the Constitution protects or civil

and Human Rights

Some defendant's don't have a high

school diploma and are illegal immigrants.
with law enforcement license working under a
~~ficti~~ fictitious name.!! And practicing
medicine one has ran for office and got
elected twice as Orange County Sheriff.
The overadvancement in technology has destroyed earth.

Shantole Bennett
Complainant's Signature

1604.6 P&P  09/22/08          Page _____ of _____

## IV.    STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United
States have been violated.  Be specific.  If more than one claim is asserted,
number each separate claim and relate it to the facts alleged in Section III.  If
more than one Defendant is named, indicate which claim is presented
against which Defendant.

Fl Statutes Chapter 458 Section
327 Medical Practice

Steven Braun - Medical Malpractice and
Negligence.

## V.    RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal
arguments or cite to cases/ statutes.  If requesting money damages *(either
actual or punitive damages)*, include the amount sought, explaining the basis
for the claims.

Restitution in the sum of 76 million
dollars to be distributed as sch.
38 million to Florida Wildlife Federation
38 million to aqui Floridan Aquifer

## VI.    CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 5/28/21  Plaintiff's Signature: _Shantele Bennett_

Printed Name of Plaintiff: _Shantele Renee Bennett_

Address: _P.b. Box 678165_

_Orlando, Fl 32867_

E-Mail Address: _____

Telephone Number: ___(321) 324 -3901___

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*